Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **IFS Filing Systems LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1583390** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1130 Military Road**<br>**Buffalo, NY 14217** | **c/o Lippes Mathias Wexler Friedman LLP**<br>**50 Fountain Plaza, Suite 1700**<br>**Buffalo, NY 14202** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Erie** | **Location of principal assets, if different from principal place of business** |
| County | **11225 West Heather Avenue Milwaukee, WI 53224** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | http://ifsfiling.com/printedproducts |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 1-19-10412-CLB    Doc 1    Filed 03/07/19    Entered 03/07/19 22:38:57,
Description: Main Document , Page 1 of 21

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>3222</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Case 1-19-10412-CLB    Doc 1    Filed 03/07/19    Entered 03/07/19 22:38:57,
Description: Main Document , Page 2 of 21

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2019**
               MM / DD / YYYY

**X** **/s/ Jeffrey P. Markello, Esq.**                    **Jeffrey P. Markello, Esq.**
Signature of authorized representative of debtor           Printed name

Title    **Administrator of the Estate of Aida Corey - IFS Member**

**18. Signature of attorney**

**X** **/s/ John A. Mueller**                              Date **March  7, 2019**
Signature of attorney for debtor                                MM / DD / YYYY

**John A. Mueller**
Printed name

**Lippes Mathias Wexler Friedman LLP**
Firm name

**50 Fountain Plaza**
**Suite 1700**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone    **716-853-5100**    Email address    **jmueller@lippes.com**

**4700050 NY**
Bar number and State

# CERTIFIED RESOLUTIONS OF THE MEMBERSHIP –

## IFS FILING SYSTEMS LLC

THE UNDERSIGNED ("Sole Member Rep"), being the Administrator of the Estate of Aida Corey, sole Member of **IFS FILING SYSTEMS LLC**, a New York limited liability company ("IFS"), hereby certifies that the following resolutions were approved and adopted on March 1, 2019, and that the resolutions are in full force and effect and have not been amended, modified or rescinded:

**WHEREAS**, on June 16, 2017, a Final Judgment and Order ("Judgment") was entered in the Circuit Court of Milwaukee County, Wisconsin (Case No. 14-CV-4044), in favor of 11225 Heather, LLC, and Brennan Investment Group, LLC (collectively "Landlord");

**WHEREAS**, pursuant to the Judgment, the Landlord is threatening enforcement through the local sheriff to take possession of, and restrict all access to, IFS's operational premises at 11225 West Heather Avenue, Milwaukee, Wisconsin 53224, as early as Tuesday, March 5, 2019;

**WHEREAS**, after due and careful consideration of the financial situation of IFS, and the adverse impact of the Landlord's pending enforcement efforts, the Sole Member Rep has determined that it desirable and in the best interest of IFS to file a voluntary proceeding ("IFS Chapter 11") under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of New York ("Bankruptcy Court");

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the voluntary filing of the IFS Chapter 11 is authorized and approved;

**RESOLVED**, that the Sole Member Rep is authorized to execute and deliver any and all documents, schedules, and agreements necessary and/or advisable to effect the IFS Chapter 11;

**RESOLVED**, that the Sole Member Rep is authorized to engage, retain and pay all necessary retainers to the following professionals on behalf of IFS for the provision of various pre and post-petition services in connection with the IFS Chapter 11: (i) LIPPES MATHIAS WEXLER FRIEDMAN LLP; (ii) FREED MAXICK CPAs, P.C.; and (iii) any other professional(s) deemed necessary or appropriate to effect the IFS Chapter 11, subject to approval of the Bankruptcy Court;

**RESOLVED**, that the Sole Member Rep is authorized and empowered to open "Debtor-in-Possession" bank accounts on behalf of IFS with KeyBank and M&T Bank;

**RESOLVED**, that the Sole Member Rep is authorized and directed to take any and all further action, execute and deliver any instruments and documents, and pay all such expenses (subject to Bankruptcy Court approval) on behalf of IFS, where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED**, that all actions taken by the Sole Member Rep on behalf of IFS or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved;

**RESOLVED**, that the Sole Member Rep is authorized and empowered to do or cause to be done all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed or delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of IFS or otherwise, as he may deem necessary, advisable or appropriate to effectuate or fulfill the purposes and intent of the foregoing resolutions;

**RESOLVED**, that these resolutions shall constitute the minutes of the meeting of the membership of IFS.

Dated: March ____6____, 2019

**IFS FILING SYSTEMS LLC**
- **BY AND THROUGH ITS SOLE MEMBER**

By: _____
      Jeffrey P. Markello, Esq.
      · Administrator of the Estate of Aida Corey

**Fill in this information to identify the case:**

Debtor name   **IFS Filing Systems LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 7, 2019**      X **/s/ Jeffrey P. Markello, Esq.**
                                      Signature of individual signing on behalf of debtor

                                      **Jeffrey P. Markello, Esq.**
                                      Printed name

                                      **Administrator of the Estate of Aida Corey - IFS Member**
                                      Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | IFS Filing Systems LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11225 Heather, LLC 9450 West Bryn Mawr Suite 750 Des Plaines, IL 60018 | | Court Judgment | | | | $1,517,848.65 |
| Braden Sutphin Ink Company PO Box 932504 Cleveland, OH 44193 | | Trade debt | | | | $17,831.88 |
| Coyote Logistics LLC 2545 W Diversey Ave Suite 3 Chicago, IL 60647 | | Trade Debt | Disputed | | | $100,338.05 |
| Engineered Laminates & Coatings 404 North Howard St. Akron, OH 44304 | | Trade debt | | | | $8,335.35 |
| Green Bay Packaging Inc. Bin #53139 Milwaukee, WI 53288 | | Trade debt | | | | $11,654.11 |
| International Paper Inc. PO Box 644095 Pittsburgh, PA 15264-4095 | | Trade debt | | | | $78,634.56 |
| Jalema, Inc. 2727 Paces Ferry Rd., Suite 750 Atlanta, GA 30339 | | Trade debt | | | | $13,808.63 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **McLaughlin Paper Company Inc. PO Box 147 West Springfield, MA 01090-0147** | | **Trade debt** | | | | **$9,324.00** |
| **Montenegro Paper 25 E. Main St., Unit 205 Roselle, IL 60172** | | **Trade debt** | | | | **$66,834.91** |
| **Paper Box & Specialty Co. 1505 Sibley Court Sheboygan, WI 53081** | | **Trade Debt** | **Disputed** | | | **$18,175.52** |
| **Permclip Products Corporation 1130 Military Road Buffalo, NY 14217-1844** | | **Trade debt** | **Unliquidated Disputed Subject to Setoff** | | | **$382,021.61** |
| **Sandusky Packaging Corporation 2016 George Street Sandusky, OH 44870** | | **Trade debt** | | | | **$10,943.55** |
| **Seek Careers/Staffing Inc. 1160 Opportunity Drive Grafton, WI 53024** | | **Trade Debt** | | | | **$71,392.15** |
| **Sentry Insurance PO Box 8031 Stevens Point, WI 54481** | | **Insurance** | | | | **$8,403.33** |
| **U.S. Department of Labor (OSHA) 310 W. Wisconsin Avenue Room 1180 Milwaukee, WI 53203** | | | **Unliquidated Disputed** | | | **$49,151.00** |
| **U.S. Government Publishing Office 732 North Capitol Street NW Washington, DC 20401** | | **Trade debt** | **Disputed** | | | **$122,855.00** |
| **United Parcel Service Lockbox 577 Carol Stream, IL 60132-0577** | | **Trade debt** | | | | **$101,786.69** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UPS Freight 28013 Network Palce Chicago, IL 60673-1280** | | **Trade debt** | | | | **$12,710.03** |
| **We Energies PO Box 90001 Milwaukee, WI 53290-0001** | | | | | | **$8,186.15** |
| **Western States Envelope PO Box 205216 Dallas, TX 75320-5216** | | **Trade debt** | | | | **$31,356.08** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    __IFS Filing Systems LLC__        Case No. _____

                     Debtor(s)       Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Estate of Aida Corey**<br>**c/o Plan Administrator, Jeffrey Markello**<br>**Sakowski & Markello, LLP**<br>**6861 Seneca Street**<br>**Elma, NY 14059-0399** | **N/A** | **N/A** | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Administrator of the Estate of Aida Corey - IFS Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __March  7, 2019__           Signature   __/s/ Jeffrey P. Markello, Esq.__

                                                                **Jeffrey P. Markello, Esq.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of New York

In re   **IFS Filing Systems LLC**                                    Case No.
                                                 Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Administrator of the Estate of Aida Corey - IFS Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  7, 2019**                      **/s/ Jeffrey P. Markello, Esq.**

                                                    **Jeffrey P. Markello, Esq.**/Administrator of the Estate of Aida
                                                      **Corey - IFS Member**
                                                      Signer/Title

11225 Heather, LLC
9450 West Bryn Mawr
Suite 750
Des Plaines, IL 60018


Aaron Marketing Co.
158 N. Starflowers St.
Brea, CA 92821


Absorbtech Inc
Bin 88479
Milwaukee, WI 53288-0479


ACPO Ltd
PO Box 637686
Cincinnati, OH 45263-7686


Actega Wit, Inc.
26537 Network Place
Chicago, IL 60673-1265


Adm Corporation
P.O. Box 8500-41205
Philadelphia, PA 19178-8500


AmeriKen
618 N. Edgewood Ave.
Wood Dale, IL 60191


Avery Dennision / Fasson
PO Box 096989
Chicago, IL 60693


Blair Fire Protection
13111 W Silver Spring Dr.
Menomonee Falls, WI 53051


Braden Sutphin Ink Company
PO Box 932504
Cleveland, OH 44193


Brokerage and Transportation Sales
PO Box 1818
Arlington Heights, IL 60006

c/o Mitchell - Handschuh Law Group
3390 Peachtree Road NE
Suite 520
Atlanta, GA 30326


Celeritas - Do Not Use
8045 Solutions Center
Chicago, IL 60677-8000


Chesterfield Custom Inc.
11 Bofat Hill Road
Williamsburg, MA 01096


Chicago Printing Equipment Inc.
325A Wegner Rd.
Lakemoor, IL 60051


CI Filing Systems, LLC
8 Vreeland Ave.
Totowa, NJ 07512


City of Milwaukee
Department of Neighborhood Services
841 N. Broadway, 10th Floor
Milwaukee, WI 53202


Coyote Logistics LLC
2545 W Diversey Ave
Suite 3
Chicago, IL 60647


DK Sales
N64 W23916 Main Street
PO Box 287
Sussex, WI 53089


Engineered Laminates & Coatings
404 North Howard St.
Akron, OH 44304


Estes
PO Box 25612
Richmond, VA 23260-5612

Federal Express Corp.
PO Box 94515
Palatine, IL 60094-4515


Four Points by Sheraton
Milwaukee North
8900 N Kildeer Ct.
Brown Deer, WI 53209


FUJIFILM North America Corp.
Dept. CH10764
Account # 90048075
Palatine, IL 60055-0764


Grafix Plus Inc.
885 Prospect Dr.
Kewaskum, WI 53040


Grainger
Dept. 806436564
Palatine, IL 60038


Green Bay Packaging Inc.
Bin #53139
Milwaukee, WI 53288


International Paper Inc.
PO Box 644095
Pittsburgh, PA 15264-4095


Jalema, Inc.
2727 Paces Ferry Rd., Suite 750
Atlanta, GA 30339


James Imaging Systems
PO Box 330
Brookfield, WI 53008-0330


Kin Core Inc.
PO Box 485
Bloomsbury, NJ 08804


Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212

M&T Insurance Agency Inc.
286 Delaware Avenue
Buffalo, NY 14202-1885


Mark Andy Print Products
7312 Solutions Center
Chicago, IL 60677-7003


McLaughlin Paper Company Inc.
PO Box 147
West Springfield, MA 01090-0147


McMaster Carr
PO Box 7690
Chicago, IL 60680


Meaden Precision Machine
16 W. 210 83rd Street
Willowbrook, IL 60527


Montenegro Paper
25 E. Main St., Unit 205
Roselle, IL 60172


NAPA Auto Parts
7455 W Good Hope Rd.
Milwaukee, WI 53223


Olsen Kloet Gunderson & Conway
602 North 6th Street
Sheboygan, WI 53081


Paper Box & Specialty Co.
1505 Sibley Court
Sheboygan, WI 53081


Parts Connection Inc.
60-E Corbin Avenue
Bay Shore, NY 11706


Permclip Products Corporation
1130 Military Road
Buffalo, NY 14217-1844

Precision Color Graphics, Ltd.
9640 S. Oakwood Park Dr.
Franklin, WI 53132


Press Color Inc.
1115 Tuckaway Lane
Menasha, WI 54952


Printron
PO Box 627
Neenah, WI 54957-0627


Printware
PO Box 2033
Ann Arbor, MI 48106-2033


Quality Edge Converting Ltd.
94 Durand Rd.
Winnipeg, MB R2J 3T2
Canada


R D Thompson Paper Products Co. Inc.
1 Madison St.
PO Box 88
Loudonville, OH 44842


Randstad Work Solutions
PO Box 2084
Carol Stream, IL 60132-2084


Reliable Door Systems Inc.
PO Box 278
Jackson, WI 53037-0278


Sandusky Packaging Corporation
2016 George Street
Sandusky, OH 44870


Scott-Precision
1555A Ocean Avenue
Bohemia, NY 11716


Seek Careers/Staffing Inc.
1160 Opportunity Drive
Grafton, WI 53024

Sentry Insurance
PO Box 8031
Stevens Point, WI 54481


Software Solutions Group Inc.
90 Bryant Wood, South Suite 100
Buffalo, NY 14228


Southern Label Company
5624 Clifford Circle
Birmingham, AL 35210-4453


Standard Express
7720 N. 81st St.
Milwaukee, WI 53223


Staples Business Advantage
Dept. DET 2368
PO Box 83689
Chicago, IL 60696-3689


Stoffel Equipment Co. Inc.
PO Box 240082
Milwaukee, WI 53224


Suzanne F. Dunne, Esq.
230 South Dearborn St.
Suite 844
Chicago, IL 60604


Tabbies
PO Box 6185
Carol Stream, IL 60197-6185


TFP Data Systems
3451 Jupiter Ct.
Oxnard, CA 93031


Time Warner Cable
PO Box 70872
Charlotte, NC 28272-0872


Tru-Fit Steel Rule Cutting Dies of WI
N116 W18333 Morse Dr.
Germantown, WI 53022

U.S. Department of Labor (OSHA)
310 W. Wisconsin Avenue
Room 1180
Milwaukee, WI 53203


U.S. Government Publishing Office
732 North Capitol Street NW
Washington, DC 20401


U.S. Health Works
PO Box 742352
Atlanta, GA 30374


Uline
PO Box 88741
Chicago, IL 60680-1741


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


UPS Freight
28013 Network Palce
Chicago, IL 60673-1280


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280


W & D North America Inc.
28642 Network Place
Chicago, IL 60673-1286


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


We Energies
PO Box 90001
Milwaukee, WI 53290-0001


Wenco Tools Co.
4688 N 125th St.
Butler, WI 53007

Western States Envelope
PO Box 205216
Dallas, TX 75320-5216


Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713


Wisconsin Packaging Corp.
104 East Blackhawk Drive
Fort Atkinson, WI 53538-0028


Yazoo Mills Inc
305 Commerce St.
New Oxford, PA 17350


YRC (Yellow & Roadway)
PO Box 93151
Chicago, IL 60673-3151

# United States Bankruptcy Court
## Western District of New York

In re   <u>**IFS Filing Systems LLC**</u> _____

Debtor(s)

Case No. _____

Chapter   <u>**11**</u> _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>**IFS Filing Systems LLC**</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>**March  7, 2019**</u> _____

Date

**/s/ John A. Mueller** _____

**John A. Mueller**

Signature of Attorney or Litigant

Counsel for   **IFS Filing Systems LLC** _____

**Lippes Mathias Wexler Friedman LLP**

**50 Fountain Plaza**
**Suite 1700**
**Buffalo, NY 14202**
**716-853-5100 Fax:716-853-5199**
**jmueller@lippes.com**