Fill in this information to identify the case:

Debtor name **IFS Filing Systems LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) **1-19-10412**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $           0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................ $      **4,915,411.72**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. $      **4,915,411.72**

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **15,066,467.26**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $        **49,151.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **2,677,248.79**

4.   Total liabilities .....................................................................................................
    Lines 2 + 3a + 3b                                                                                                                    $    **17,792,867.05**

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **M&T Bank** | **Corporate Checking** | 7523 | $87,804.97 |
| 3.2. | **Keybank** | **Corporate Banking** | 7151 | $44,164.97 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$131,969.94**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 11a. 90 days old or less: | 863,598.02 | - | 0.00 | = .... | $863,598.02 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 41,507.00 | - | 0.00 | = .... | $41,507.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $905,105.02 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress Unknown | 07/31/2018 | $0.00 | | $177,362.00 |
| 21. | Finished goods, including goods held for resale Less -1,000,000 to account for negative reserve for obsolete | 07/31/2018 | Unknown | | $2,536,340.00 |
| 22. | Other inventory or supplies Paper, tabs | 07/31/2018 | $0.00 | | $817,505.00 |

| 23. | **Total of Part 5.** | $3,531,207.00 |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value ____0.00____ Valuation method _____ Current Value ____0.00____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

☐ Yes

**Part 6:**     Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**     Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|       Misc. computer equipment | **$47,076.15** | | **$47,076.15** |
|       Machinery and equipment | **$281,189.39** | | **$281,189.39** |

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**
      Add lines 39 through 42. Copy the total to line 86.      **$328,265.54**

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ■ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**     Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|     47.1.   **1999 GMC Truck** | **$2,678.14** | | **$2,678.14** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

| | | |
|---|---|---|
| Equipment Rental (Stamp Machine) | $0.00 | $259.00 |

51.  **Total of Part 8.**                                                                                  | **$2,937.14** |

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1125 West Heather Avenue Milwaukee, WI 53224** | lease | $0.00 | | $0.00 |

56.  **Total of Part 9.**                                                                                  | **$0.00** |

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **http://www.integratedfiling.com/** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer list** | **$0.00** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** **Section 197 Intangibles** | **$15,927.08** | | **$15,927.08** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

**$15,927.08**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $131,969.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $905,105.02 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,531,207.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $328,265.54 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,937.14 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $15,927.08 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,915,411.72 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,915,411.72 |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Estate of Aida J. Corey** | Describe debtor's property that is subject to a lien | $15,066,467.26 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All assets of the Debtor** | | |
| | **c/o Administrator -- Jeffrey P. Markello** | | | |
| | **P.O. Box 399** | | | |
| | **Elma, NY 14059-0399** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ■ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **April 2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $15,066,467.26 |
|---|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,151.00 | $49,151.00 |
|---|---|---|---|---|
| | **U.S. Department of Labor (OSHA)** **310 W. Wisconsin Avenue** **Room 1180** **Milwaukee, WI 53203** | *Check all that apply.* ☐ Contingent ■ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **U.S. Government Publishing Office** **732 North Capitol Street NW** **Washington, DC 20401** | *Check all that apply.* ☐ Contingent ■ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Potential Bidding Penalties / Destruction Costs Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

Case 1-19-10412-CLB,   Doc 71,   Filed 04/25/19,   Entered 04/25/19 16:19:12,
Description: Main Document , Page 9 of 45

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

2.3 | Priority creditor's name and mailing address
**Wisconsin Department of Revenue**
**2135 Rimrock Road**
**Madison, WI 53713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed                                                    **Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Sales and Use Tax Audit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,517,848.65** |

3.1 | Nonpriority creditor's name and mailing address
**11225 Heather, LLC**
**9450 West Bryn Mawr**
**Suite 750**
**Des Plaines, IL 60018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed                                                                   **$1,517,848.65**

Date(s) debt was incurred  June 16, 2017

Basis for the claim:   Court Judgment

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.2 | Nonpriority creditor's name and mailing address
**Aaron Marketing Co.**
**158 N. Starflowers St.**
**Brea, CA 92821**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed                                                                   **$2,387.13**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.3 | Nonpriority creditor's name and mailing address
**Absorbtech Inc**
**Bin 88479**
**Milwaukee, WI 53288-0479**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed                                                                   **$858.79**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.4 | Nonpriority creditor's name and mailing address
**ACPO Ltd**
**PO Box 637686**
**Cincinnati, OH 45263-7686**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed                                                                   **$669.60**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.5 | Nonpriority creditor's name and mailing address
**Actega Wit, Inc.**
**26537 Network Place**
**Chicago, IL 60673-1265**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed                                                                   **$291.72**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 1-19-10412-CLB,   Doc 71,   Filed 04/25/19,   Entered 04/25/19 16:19:12,
Description: Main Document  , Page 10 of 45

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,735.30 |
| --- | --- | --- | --- |
| | **Adm Corporation**<br>**P.O. Box 8500-41205**<br>**Philadelphia, PA 19178-8500** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $411.14 |
| --- | --- | --- | --- |
| | **AmeriKen**<br>**618 N. Edgewood Ave.**<br>**Wood Dale, IL 60191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.80 |
| --- | --- | --- | --- |
| | **Avery Dennision / Fasson**<br>**PO Box 096989**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
| --- | --- | --- | --- |
| | **Blair Fire Protection**<br>**13111 W Silver Spring Dr.**<br>**Menomonee Falls, WI 53051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,831.88 |
| --- | --- | --- | --- |
| | **Braden Sutphin Ink Company**<br>**PO Box 932504**<br>**Cleveland, OH 44193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $682.04 |
| --- | --- | --- | --- |
| | **Brokerage and Transportation Sales**<br>**PO Box 1818**<br>**Arlington Heights, IL 60006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,217.97 |
| --- | --- | --- | --- |
| | **Celeritas - Do Not Use**<br>**8045 Solutions Center**<br>**Chicago, IL 60677-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.13 |
|---|---|---|---|

**Chesterfield Custom Inc.**
11 Bofat Hill Road
Williamsburg, MA 01096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.00 |
|---|---|---|---|

**Chicago Printing Equipment Inc.**
325A Wegner Rd.
Lakemoor, IL 60051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,137.85 |
|---|---|---|---|

**CI Filing Systems, LLC**
8 Vreeland Ave.
Totowa, NJ 07512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,466.33 |
|---|---|---|---|

**City of Milwaukee**
**Department of Neighborhood Services**
841 N. Broadway, 10th Floor
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,338.05 |
|---|---|---|---|

**Coyote Logistics LLC**
2545 W Diversey Ave
Suite 3
Chicago, IL 60647

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,409.50 |
|---|---|---|---|

**DK Sales**
N64 W23916 Main Street
PO Box 287
Sussex, WI 53089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,335.35 |
|---|---|---|---|

**Engineered Laminates & Coatings**
404 North Howard St.
Akron, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-19-10412-CLB,   Doc 71,   Filed 04/25/19,   Entered 04/25/19 16:19:12,
Description: Main Document , Page 12 of 45

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $175.73 |
|---|---|---|---|

**Estes**
PO Box 25612
Richmond, VA 23260-5612

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $649.64 |
|---|---|---|---|

**Federal Express Corp.**
PO Box 94515
Palatine, IL 60094-4515

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $125.10 |
|---|---|---|---|

**Four Points by Sheraton**
**Milwaukee North**
8900 N Kildeer Ct.
Brown Deer, WI 53209

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $218.16 |
|---|---|---|---|

**FUJIFILM North America Corp.**
Dept. CH10764
Account # 90048075
Palatine, IL 60055-0764

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $953.99 |
|---|---|---|---|

**Grafix Plus Inc.**
885 Prospect Dr.
Kewaskum, WI 53040

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $693.81 |
|---|---|---|---|

**Grainger**
Dept. 806436564
Palatine, IL 60038

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,654.11 |
|---|---|---|---|

**Green Bay Packaging Inc.**
Bin #53139
Milwaukee, WI 53288

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-10412-CLB,   Doc 71,   Filed 04/25/19,   Entered 04/25/19 16:19:12,
Description: Main Document  , Page 13 of 45

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,634.56 |
|------|------|------|------|
| | **International Paper Inc.**<br>PO Box 644095<br>Pittsburgh, PA 15264-4095 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,808.63 |
|------|------|------|------|
| | **Jalema, Inc.**<br>2727 Paces Ferry Rd., Suite 750<br>Atlanta, GA 30339 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,552.25 |
|------|------|------|------|
| | **James Imaging Systems**<br>PO Box 330<br>Brookfield, WI 53008-0330 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,560.00 |
|------|------|------|------|
| | **Kin Core Inc.**<br>PO Box 485<br>Bloomsbury, NJ 08804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,479.00 |
|------|------|------|------|
| | **M&T Insurance Agency Inc.**<br>286 Delaware Avenue<br>Buffalo, NY 14202-1885 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,257.05 |
|------|------|------|------|
| | **Mark Andy Print Products**<br>7312 Solutions Center<br>Chicago, IL 60677-7003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,324.00 |
|------|------|------|------|
| | **McLaughlin Paper Company Inc.**<br>PO Box 147<br>West Springfield, MA 01090-0147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-19-10412-CLB, Doc 71, Filed 04/25/19, Entered 04/25/19 16:19:12,
Description: Main Document , Page 14 of 45

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$174.40** |
|---|---|---|---|

**McMaster Carr**
PO Box 7690
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$258.69** |
|---|---|---|---|

**Meaden Precision Machine**
16 W. 210 83rd Street
Willowbrook, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,834.91** |
|---|---|---|---|

**Montenegro Paper**
25 E. Main St., Unit 205
Roselle, IL 60172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**NAPA Auto Parts**
7455 W Good Hope Rd.
Milwaukee, WI 53223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,175.52** |
|---|---|---|---|

**Paper Box & Specialty Co.**
1505 Sibley Court
Sheboygan, WI 53081

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,623.68** |
|---|---|---|---|

**Parts Connection Inc.**
60-E Corbin Avenue
Bay Shore, NY 11706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$382,021.61** |
|---|---|---|---|

**Permclip Products Corporation**
1130 Military Road
Buffalo, NY 14217-1844

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Case 1-19-10412-CLB,   Doc 71,   Filed 04/25/19,   Entered 04/25/19 16:19:12,
Description: Main Document , Page 15 of 45

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,230.00 |
|---|---|---|---|

**Precision Color Graphics, Ltd.**
9640 S. Oakwood Park Dr.
Franklin, WI 53132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.13 |
|---|---|---|---|

**Press Color Inc.**
1115 Tuckaway Lane
Menasha, WI 54952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.10 |
|---|---|---|---|

**Printron**
PO Box 627
Neenah, WI 54957-0627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,970.00 |
|---|---|---|---|

**Printware**
PO Box 2033
Ann Arbor, MI 48106-2033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,725.23 |
|---|---|---|---|

**Quality Edge Converting Ltd.**
94 Durand Rd.
Winnipeg, MB R2J 3T2
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $922.50 |
|---|---|---|---|

**R D Thompson Paper Products Co. Inc.**
1 Madison St.
PO Box 88
Loudonville, OH 44842

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,081.88 |
|---|---|---|---|

**Randstad Work Solutions**
PO Box 2084
Carol Stream, IL 60132-2084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-10412-CLB,   Doc 71,   Filed 04/25/19,   Entered 04/25/19 16:19:12,
Description: Main Document  , Page 16 of 45

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.25 |
|---|---|---|---|

**Reliable Door Systems Inc.**
PO Box 278
Jackson, WI 53037-0278

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,943.55 |
|---|---|---|---|

**Sandusky Packaging Corporation**
2016 George Street
Sandusky, OH 44870

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.96 |
|---|---|---|---|

**Scott-Precision**
1555A Ocean Avenue
Bohemia, NY 11716

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,392.15 |
|---|---|---|---|

**Seek Careers/Staffing Inc.**
1160 Opportunity Drive
Grafton, WI 53024

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,403.33 |
|---|---|---|---|

**Sentry Insurance**
PO Box 8031
Stevens Point, WI 54481

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Software Solutions Group Inc.**
90 Bryant Wood, South Suite 100
Buffalo, NY 14228

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $594.00 |
|---|---|---|---|

**Southern Label Company**
5624 Clifford Circle
Birmingham, AL 35210-4453

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
| --- | --- | --- | --- |

**Standard Express**
7720 N. 81st St.
Milwaukee, WI 53223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,965.69 |
| --- | --- | --- | --- |

**Staples Business Advantage**
Dept. DET 2368
PO Box 83689
Chicago, IL 60696-3689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.84 |
| --- | --- | --- | --- |

**Stoffel Equipment Co. Inc.**
PO Box 240082
Milwaukee, WI 53224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $436.79 |
| --- | --- | --- | --- |

**Tabbies**
PO Box 6185
Carol Stream, IL 60197-6185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,065.84 |
| --- | --- | --- | --- |

**TFP Data Systems**
3451 Jupiter Ct.
Oxnard, CA 93031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.84 |
| --- | --- | --- | --- |

**Time Warner Cable**
PO Box 70872
Charlotte, NC 28272-0872

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.00 |
| --- | --- | --- | --- |

**Tru-Fit Steel Rule Cutting Dies of WI**
N116 W18333 Morse Dr.
Germantown, WI 53022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1-19-10412-CLB, Doc 71, Filed 04/25/19, Entered 04/25/19 16:19:12,
Description: Main Document , Page 18 of 45

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,855.00 |
|---|---|---|---|
| | **U.S. Government Publishing Office**<br>**732 North Capitol Street NW**<br>**Washington, DC 20401** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,926.60 |
|---|---|---|---|
| | **U.S. Health Works**<br>**PO Box 742352**<br>**Atlanta, GA 30374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,589.70 |
|---|---|---|---|
| | **Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,786.69 |
|---|---|---|---|
| | **United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,710.03 |
|---|---|---|---|
| | **UPS Freight**<br>**28013 Network Palce**<br>**Chicago, IL 60673-1280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.20 |
|---|---|---|---|
| | **UPS Supply Chain Solutions**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,567.91 |
|---|---|---|---|
| | **W & D North America Inc.**<br>**28642 Network Place**<br>**Chicago, IL 60673-1286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.69 |
|------|---|---|---|

**Waste Management**
PO Box 4648
Carol Stream, IL 60197-4648

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,186.15 |
|------|---|---|---|

**We Energies**
PO Box 90001
Milwaukee, WI 53290-0001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|------|---|---|---|

**Wenco Tools Co.**
4688 N 125th St.
Butler, WI 53007

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,356.08 |
|------|---|---|---|

**Western States Envelope**
PO Box 205216
Dallas, TX 75320-5216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,067.94 |
|------|---|---|---|

**Wisconsin Packaging Corp.**
104 East Blackhawk Drive
Fort Atkinson, WI 53538-0028

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,869.13 |
|------|---|---|---|

**Yazoo Mills Inc**
305 Commerce St.
New Oxford, PA 17350

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,111.52 |
|------|---|---|---|

**YRC (Yellow & Roadway)**
PO Box 93151
Chicago, IL 60673-3151

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **c/o Mitchell - Handschuh Law Group**<br>**3390 Peachtree Road NE**<br>**Suite 520**<br>**Atlanta, GA 30326** | Line _3.17_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Kohner, Mann & Kailas, S.C.**<br>**4650 N. Port Washington Road**<br>**Milwaukee, WI 53212** | Line _3.51_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Olsen Kloet Gunderson & Conway**<br>**602 North 6th Street**<br>**Sheboygan, WI 53081** | Line _3.38_<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Suzanne F. Dunne, Esq.**<br>**230 South Dearborn St.**<br>**Suite 844**<br>**Chicago, IL 60604** | Line _2.1_<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 49,151.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,677,248.79 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,726,399.79 |

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Estate Lease** | |
| | State the term remaining | **October 31, 2022 (*disputed by Landlord)** | **11225 Heather LLC**<br>**9450 W Bryn Mawr, Suite 750**<br>**Des Plaines, IL 60018** |
| | List the contract number of any government contract | | |

Debtor name    **IFS Filing Systems LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    **1-19-10412**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$951,398.00** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$6,316,000.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$9,989,538.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1-19-10412-CLB,    Doc 71,    Filed 04/25/19,    Entered 04/25/19 16:19:12,    Description: Main Document , Page 24 of 45

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached bank statements** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **11225 Heather LLC and Brennan Investment Group LLC and Brennan Investment Group, LLC v IFS Filing Systems LLC**<br>**2014CV004044** | **Civil** | **Milwaukee County Court**<br>**901 N 9th Street**<br>**Milwaukee, WI 53233** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Seek Careers/Staffing Inc. v IFS Filing Systems LLC**<br>**2019CV000002** | **Civil** | **Ozaukee County Court**<br>**1201 S Spring Street**<br>**Port Washington, WI 53074** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Coyote Logistics, LLC v. IFS Filing Systems LLC**<br>18EV005123 | **Civil** | **Fulton County Court**<br>**136 Pryor Street SW**<br>**Atlanta, GA 30303** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Paper Box & Specialty Company v IFS Filing Systems LLC**<br>2019CV000078 | **Civil** | **Sheboygan County Court**<br>**615 N 6th Street**<br>**Sheboygan, WI 53081** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **R Alexander Acosta, US Dept of Labor (OSHA) v IFS Filing Systems LLC**<br>18-1540 | **Administrative** | **OSHRC**<br>**310 Wisconsin Avenue, Room 1180**<br>**Milwaukee, WI 53203** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Wisconsin Department of Revenue v. IFS Filing Systems LLC**<br>N/A | **Audit** | **Wisconsin Department of Revenue**<br>**Income, Sales & Excise Tax Division**<br>**Audit Bureau / Sales Tax Section**<br>**2135 Rimrock Road**<br>**Madison, WI 53713** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<span style="background:black;color:white">**Part 4:**</span>   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<span style="background:black;color:white">**Part 5:**</span>   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<span style="background:black;color:white">**Part 6:**</span>   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Lippes Mathias Wexler Friedman LLP 50 Fountain Plaza Suite 1700 Buffalo, NY 14202** | **Attorney Fees** | **March 6, 2019** | **$60,000.00** |
| **Email or website address jmueller@lippes.com** | | | |
| **Who made the payment, if not debtor? Sole Member of Debtor -- Estate of Aida J. Corey** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ☑ Yes. Does the debtor serve as plan administrator?

      ☑ No Go to Part 10.
      ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **The Kane Firm CPA, PC**<br>**5225 Sheridan Drive**<br>**Buffalo, NY 14221** | **03/07/2017 to**<br>**Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **The Kane Firm CPA, PC**<br>**5225 Sheridan Drive**<br>**Buffalo, NY 14221** | **03/07/2017 to**<br>**Present** |

Case 1-19-10412-CLB,   Doc 71,   Filed 04/25/19,   Entered 04/25/19 16:19:12,
Description: Main Document , Page 29 of 45

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **The Kane Firm CPA, PC** **5225 Sheridan Drive** **Buffalo, NY 14221** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Bob Larson at IFS Filing Systems LLC** | **01/2019** | **Unknown** |
| | Name and address of the person who has possession of inventory records | | |
| | **Debtor** | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas J. Corey** | **1130 Military Road Buffalo, NY 14217** | **Manager (*removed effective March 27, 2019)** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Estate of Aida J. Corey** | **1130 Military Road Buffalo, NY 14217** | **Sole Member** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 25, 2019**

**/s/ Michael Saladino**                                              **Michael Saladino**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **VP of Finance**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# SoFA Responses -- former Manager, T. Corey

| | |
|---|---|
| **From:** | J. Michael Lennon |
| **To:** | John A. Mueller |
| **Cc:** | David Roach; jmarkello@elmalaw.com; Thomas J. Gaffney; Joseph.W.Allen@usdoj.gov |
| **Subject:** | Re: IFS/Chp 11 -- Form Schedules & SoFA |
| **Date:** | Wednesday, March 20, 2019 8:58:02 AM |

Johnny,

In furtherance of our conversation with David Roach late yesterday afternoon, where we advised that our client is amenable to assisting with access to and/or turnover of the various requested IFS items (where available), please see our comments in red following your listed items below.

We look forward to working with you to ensure that you have the materials you require.

Best,
Mike

J. Michael Lennon, Esq.
Partner

**Roach, Lennon & Brown, PLLC**
535 Washington Street, Suite 1000
Buffalo, New York 14203
P: (716) 235-3025 ext. 102
F: (716) 235-3026
rlbattorneys.com

The information contained in this e-mail message is transmitted by an attorney-at-law. It is privileged and confidential and intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please immediately notify us and discard this message. Thank you.

**From:** "John A. Mueller" <jmueller@lippes.com>
**Date:** Tuesday, March 19, 2019 at 12:38 AM
**To:** David Roach <dlroach@rlbattorneys.com>
**Cc:** Jeffrey Markello <jmarkello@elmalaw.com>, "Thomas J. Gaffney" <TGaffney@lippes.com>, "Bankruptcy Trustee WDNY (Joseph.W.Allen@usdoj.gov)" <Joseph.W.Allen@usdoj.gov>
**Subject:** FW: IFS/Chp 11 -- Form Schedules & SoFA

David,

This e-mail is to follow up on the correspondence below and attached materials. Given the lack of responses to my multiple overtures over the last week and reports of Mr. Corey's alleged conduct, it seems clear that he does not wish to engage or cooperate with the Chapter 11 process. Regardless, I

am proceeding in accordance with Judge Bucki's instructions and providing an *initial* list of IFS materials for turnover by Mr. Corey pursuant to 11 U.S.C. § 542:

(i)     Employee rosters – those employed directly by IFS, as well as those employed by any other entity but who perform services for IFS;

This information is available through IFS's third-party employee services vendor, Employer Services Corp. ("ESC"). We will get you a point of contact at ESC.

(ii)    Bank account logins and account records since 3/1/18 – Surrogate Order and Part 2, Statement of Financial Affairs ("SoFA");

We will provide copies of account records since 3/1/18. It is our understanding that items relating to the Surrogate's Court Order will be addressed with that Court.

(iii)   Login(s) for Great Plains and any other software used for IFS – Surrogate's Order;

It is our understanding that items relating to the Surrogate's Court Order will be addressed with that Court.

(iv)    Customer list(s) and accounts receivable reports, current and as of 3/7/19 – Part 3, Schedule B;

The requested accounts receivable reports will be provided.

(v)     Accounts payable, current and as of 3/7/19 – Schedules E/F;

Will be provided.

(vi)    Info for any real property owned by IFS – Part 9, Schedule A/B;

IFS does not own any real property.

(vii)   Info for all personal property owned by IFS – Parts 1 through 11, Schedule A/B;

This information is best provided by IFS's long time accounting firm, The Kane Firm CPA, PC – we can facilitate contact with Mark Kane.

(viii)  Secured creditor info – Schedule D;

None, other than possibly the Note(s) we discussed that are held by the Estate and in the possession of Mr. Markello.

(ix)    Financials for 2016 through 2018, preferably CPA reviewed or audited – Part 1, SoFA;

Will be provided. As we discussed, for 2016 through 7/31/18, those items should already be in possession of both your firm and Fried Maxick.

(x) All records for any tax liabilities, state or federal;

None.

(xi) All records for any employee obligations (wages, benefits, etc.);

This information is best provided by ESC (see response to (i), above).

(xii) All contracts and leases – Schedule G;

We are not aware of any contracts and or leases, other than those that formed the primary basis for this proceeding. We believe you are already in possession of those.

(xiii) Any co-debtor obligations – Schedule H;

None.

(xiv) Details for all payments or transfers since 1/1/19 – Part 2, SoFA;

This information is contained in IFS's General Ledger and will be provided.

(xv) Details for all payments or transfers to any insider since 3/7/18 – Part 2, SoFA;

None.

(xvi) Details for any repossession, foreclosures, returns or setoffs – Part 2, SoFA;

The only potentially responsive matter involved the General Printing Office ("GPO") and was handled by your firm, as counsel for IFS. Accordingly, you should already be in possession of this information.

(xvii) Details for any legal or administrative proceedings that IFS was involved in since 3/7/18 – Part 3, SoFA;

To the extent any responsive information is available, you should already be in possession of this information because any such proceedings would have been handled by your firm, as counsel for IFS. Specifically, your firm has been representing IFS with respect to the GPO matter; the bidding claims matter involving the D.C. U.S. Attorney's Office; the government contract disbarment proceedings; an OSHA claim; and code enforcement matters involving the Tonawanda Building Department that affect CI and/or PermClip.

(xviii) Any property in the hands of a receiver, custodian, etc. – Part 3, SoFA;

None.

    (xix)      All gifts or charitable contributions in excess of $1000 since 3/7/17 – Part 4, SoFA;

None.

    (xx)      Fire, theft or casualty losses since 3/7/18 – Part 5, SoFA;

None.

    (xxi)      Prior locations since 3/7/16 – Part 7, SoFA;

None.

    (xxii)      Info for safe deposit boxes, off-premises storage and closed financial accounts – Part 10, SoFA;

None.

    (xxiii)      Any property held for another – Part 11, SoFA;

None.

    (xxiv)      Any environmental proceedings or hazardous material issues – Part 12, SoFA;

None.

    (xxv)      Any current or prior interests in other businesses – Part 13, SoFA;

None.

    (xxvi)      Info for any parties that maintained, audited, reviewed or possess IFS books and records since 3/7/17 – Part 13, SoFA;

The Kane Firm CPA, PC, 5225 Sheridan Drive, Williamsville, NY 14221.

    (xxvii)      Any payments, distributions or withdrawals credited to insiders since 3/7/18 – Part 13, SoFA;

None. (Is this the same as (xv), above?)

    (xxviii)      Any pension fund details – Part 13, SoFA; and

This information is available through ESC.

(xxix)    Completed and executed U.S. Trustee forms, all previously provided.

We acknowledge receipt of the forms but are unsure of what, specifically, you require from Mr. Corey.  To the extent that you are seeking information necessary to complete the forms, we believe that information will be contained in the items to be turned over, as set forth above.  To the extent you are seeking a signature on behalf of IFS, we assume that Mr. Markello will provide it.

Please be advised that this list is not exhaustive, but is a starting point for Mr. Corey's cooperation in the Chapter 11 proceedings. I plan to appear before Judge Bucki on Wednesday, but am certainly open to any discussion in the interim – thanks for your time!

-Johnny

**John A. Mueller**
Partner



50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
ph: 716.853.5100 ext. 1383 | d: 716.362.7614 | fx: 716.853.5199
jmueller@lippes.com | www.lippes.com

This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges.  The information is intended to be conveyed only to the designated recipient(s) of the email message.  Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful.  If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.

Spam
Phish/Fraud
Not spam
Forget previous vote

# SoFA #3 (90-day)

IFS Filing Systems LLC

| M & T Bank - IFS FILING SYSTEMS LLC | Date | Paid To/Rcvd From | Name | Payment | Amount |
|---|---|---|---|---|---|
| 10243 | 1/21/2019 | CHK | 11225 Heather LLC | PMCHK00000623 | $52,040.17 |
| 10244 | 1/31/2019 | CHK | CHESTERFIELD CUSTOM INC. | PMCHK00000625 | $1,886.27 |
| 10245 | 1/31/2019 | CHK | CHICAGO GLUE MACHINE & SUPPL | PMCHK00000625 | $1,620.51 |
| 10246 | 1/31/2019 | CHK | DK SALES | PMCHK00000625 | $1,342.00 |
| 10247 | 1/31/2019 | CHK | FUJIFILM North America Corp. | PMCHK00000625 | $113.54 |
| 10248 | 1/31/2019 | CHK | KAREN J KUPKO-MANG | PMCHK00000625 | $5,582.50 |
| 10249 | 1/31/2019 | CHK | UPS SUPPLY CHAIN SOLUTIONS | PMCHK00000625 | $537.16 |
| 10250 | 1/31/2019 | CHK | UPS FREIGHT | PMCHK00000625 | $119.30 |
| 10251 | 1/31/2019 | CHK | Yazoo Mills Inc | PMCHK00000625 | $500.00 |
| 10252 | 2/6/2019 | CHK | TIME WARNER CABLE 702 | PMCHK00000627 | $4,034.84 |
| 10253 | 2/6/2019 | CHK | TIME WARNER 4001 | PMCHK00000628 | $922.80 |
| 10253 | 2/6/2019 | CHK | TIME WARNER 4001 | PMCHK00000628 | |
| 10254 | 2/6/2019 | CHK | TIME WARNER CABLE 702 | PMCHK00000628 | $3,212.72 |
| 10254 | 2/6/2019 | CHK | TIME WARNER CABLE 702 | PMCHK00000628 | |
| 10255 | 2/7/2019 | CHK | ACPO LTD | PMCHK00000629 | $9,374.50 |
| 10255 | 2/7/2019 | CHK | ACPO LTD | PMCHK00000629 | |
| 10256 | 2/7/2019 | CHK | ENGINEERED LAMINATES & COATI | PMCHK00000629 | $6,210.10 |
| 10256 | 2/7/2019 | CHK | ENGINEERED LAMINATES & COATI | PMCHK00000629 | |
| 10257 | 2/7/2019 | CHK | Green Bay Packaging Inc. | PMCHK00000629 | $10,492.26 |
| 10257 | 2/7/2019 | CHK | Green Bay Packaging Inc. | PMCHK00000629 | |
| 10258 | 2/7/2019 | CHK | UNITED PARCEL SERVICE | PMCHK00000629 | $16,497.63 |
| 10258 | 2/7/2019 | CHK | UNITED PARCEL SERVICE | PMCHK00000629 | |
| 10259 | 2/7/2019 | CHK | WISCONSIN PACKAGING CORP. | PMCHK00000629 | $2,283.71 |
| 10259 | 2/7/2019 | CHK | WISCONSIN PACKAGING CORP. | PMCHK00000629 | |
| 10260 | 2/8/2019 | CHK | ENGINEERED LAMINATES & COATI | PMCHK00000630 | $13,447.47 |
| 12267 | 1/17/2019 | CHK | PERMCLIP PRODUCTS | PMCHK00000622 | $20,158.13 |
| 12279 | 2/19/2019 | CHK | NATIONAL FUEL | PMCHK00000633 | $5,830.65 |
| 12280 | 2/19/2019 | CHK | COLOCROSSING | PMCHK00000633 | $1,506.60 |
| 12281 | 2/19/2019 | CHK | NATIONAL GRID | PMCHK00000633 | $3,190.39 |
| 12282 | 2/19/2019 | CHK | BUFFALO BEARING | PMCHK00000633 | $29.14 |
| 12283 | 2/19/2019 | CHK | SJ MC CULLAGH | PMCHK00000633 | $188.51 |
| 12284 | 2/19/2019 | CHK | INDUSTRIAL MAGNETICS | PMCHK00000633 | $140.48 |
| 12285 | 2/19/2019 | CHK | MC MASTER CARR | PMCHK00000633 | $327.02 |
| 12286 | 2/19/2019 | CHK | EDWARD M ROTH III | PMCHK00000633 | $400.00 |
| 12287 | 2/19/2019 | CHK | MOUNTAIN VALLEY WATER CO | PMCHK00000633 | $93.52 |
| 12288 | 2/19/2019 | CHK | PRINCIPAL LIFE INSURANCE | PMCHK00000633 | $289.38 |
| 12289 | 2/19/2019 | CHK | UNITED BUSINESS SYSTEMS | PMCHK00000633 | $485.01 |
| 12290 | 2/19/2019 | CHK | REPUBLIC SERVICES | PMCHK00000633 | $484.80 |
| 12291 | 2/19/2019 | CHK | UNITED PARCEL SERVICE | PMCHK00000633 | $470.13 |
| 12292 | 2/19/2019 | CHK | UPS FREIGHT | PMCHK00000633 | $216.41 |
| 12293 | 2/19/2019 | CHK | VERIZON | PMCHK00000633 | $401.98 |
| 013119 WIRE MON101 | 1/31/2019 | CHK | MONTENEGRO PAPER | PMPAY00000104 | $20,480.27 |
| 10261 | 2/13/2019 | CHK | AARON MARKETING CO | PMCHK00000631 | $2,031.00 |
| 10262 | 2/13/2019 | CHK | ABLE SECURITY SYSTEMS | PMCHK00000631 | $556.96 |
| 10263 | 2/13/2019 | CHK | ABSORBTECH INC | PMCHK00000631 | $190.08 |
| 10264 | 2/13/2019 | CHK | ADECCO EMPLOYMENT SERVICES | PMCHK00000631 | $8,880.88 |
| 10265 | 2/13/2019 | CHK | AMERIGAS | PMCHK00000631 | $78.47 |
| 10266 | 2/13/2019 | CHK | Braden Sutphin Ink Company | PMCHK00000631 | $122.31 |
| 10267 | 2/13/2019 | CHK | CELERITAS - DO NOT USE | PMCHK00000631 | $129.96 |
| 10268 | 2/13/2019 | CHK | CHESTERFIELD CUSTOM INC. | PMCHK00000631 | $126.50 |
| 10269 | 2/13/2019 | CHK | ENGINEERED DATA PRODUCTS HOL | PMCHK00000631 | $606.58 |
| 10270 | 2/13/2019 | CHK | FEDERAL EXPRESS CORP | PMCHK00000631 | $697.01 |
| 10271 | 2/13/2019 | CHK | GRAINGER | PMCHK00000631 | $506.22 |
| 10272 | 2/13/2019 | CHK | GRAFIX PLUS INC | PMCHK00000631 | $237.50 |
| 10273 | 2/13/2019 | CHK | MARK ANDY INC | PMCHK00000631 | $292.16 |

| | | | | |
|---|---|---|---|---|
| 10274 2/13/2019 CHK | MCMASTER CARR | PMCHK00000631 | $162.82 |
| 10275 2/13/2019 CHK | Meaden Precision Machine | PMCHK00000631 | $104.49 |
| 10276 2/13/2019 CHK | MILWAUKEE BELT TECH CO INC | PMCHK00000631 | $62.97 |
| 10277 2/13/2019 CHK | PRINTRON | PMCHK00000631 | $750.10 |
| 10278 2/13/2019 CHK | SOUTHERN LABEL COMPANY | PMCHK00000631 | $1,069.20 |
| 10279 2/13/2019 CHK | STAPLES BUSINESS ADVANTAGE | PMCHK00000631 | $683.97 |
| 10280 2/13/2019 CHK | STANDARD EXPRESS | PMCHK00000631 | $675.00 |
| 10281 2/13/2019 CHK | TIME WARNER CABLE 702 | PMCHK00000631 | $1,632.70 |
| 10282 2/13/2019 CHK | TRU-FIT STEEL RULE CUTTING D | PMCHK00000631 | $148.00 |
| 10283 2/13/2019 CHK | ULINE | PMCHK00000631 | $665.43 |
| 10284 2/13/2019 CHK | WASTE MANAGEMENT | PMCHK00000631 | $723.30 |
| 10285 2/13/2019 CHK | YRC ( Yellow & Roadway ) | PMCHK00000631 | $1,130.92 |
| 10286 2/13/2019 CHK | Adm Corporation | PMCHK00000631 | $173.53 |
| 10287 2/13/2019 CHK | BLAIR FIRE PROTECTION | PMCHK00000631 | $185.82 |
| 10288 2/13/2019 CHK | BROWN PACKAGING LLC | PMCHK00000631 | $262.19 |
| 10289 2/13/2019 CHK | BURTON & MAYER, INC. | PMCHK00000631 | $571.99 |
| 10290 2/13/2019 CHK | COSMO FILMS INC | PMCHK00000631 | $149.55 |
| 10291 2/13/2019 CHK | DK SALES | PMCHK00000631 | $754.88 |
| 10292 2/13/2019 CHK | ESSA LOGISTICS, LLC | PMCHK00000631 | $227.00 |
| 10293 2/13/2019 CHK | FLUID-AIRE DYNAMICS, INC | PMCHK00000631 | $194.38 |
| 10294 2/13/2019 CHK | INTERNATIONAL PAPER INC | PMCHK00000631 | $13,594.04 |
| 10295 2/13/2019 CHK | James Imaging Systems | PMCHK00000631 | $733.00 |
| 10296 2/13/2019 CHK | Jonspring Co., Inc | PMCHK00000631 | $337.50 |
| 10297 2/13/2019 CHK | KAREN J KUPKO-MANG | PMCHK00000631 | $627.38 |
| 10298 2/13/2019 CHK | PAPER BOX & SPECIALTY COMPAN | PMCHK00000631 | $1,817.55 |
| 10299 2/13/2019 CHK | Pitney Bowes Purchase Power | PMCHK00000631 | $100.00 |
| 10300 2/13/2019 CHK | Pitney Bowes Global Financia | PMCHK00000631 | $26.72 |
| 10301 2/13/2019 CHK | Printware | PMCHK00000631 | $358.40 |
| 10302 2/13/2019 CHK | RELIABLE DOOR SYSTEMS INC. | PMCHK00000631 | $77.00 |
| 10302 2/15/2019 CHK | ABSORBTECH INC | PMCHK00000632 | $95.04 |
| 10303 2/13/2019 CHK | Sandusky Packaging Corporati | PMCHK00000631 | $284.36 |
| 10303 2/15/2019 CHK | Adm Corporation | PMCHK00000632 | $156.18 |
| 10304 2/13/2019 CHK | SENTRY INSURANCE | PMCHK00000631 | $543.19 |
| 10304 2/15/2019 CHK | AMERIGAS | PMCHK00000632 | $27.53 |
| 10305 2/13/2019 CHK | SOFTWARE SOLUTIONS GROUP INC | PMCHK00000631 | $548.73 |
| 10305 2/15/2019 CHK | BLAIR FIRE PROTECTION | PMCHK00000632 | $167.24 |
| 10306 2/13/2019 CHK | U FILE M BINDER | PMCHK00000631 | $344.71 |
| 10306 2/15/2019 CHK | Braden Sutphin Ink Company | PMCHK00000632 | $130.16 |
| 10307 2/13/2019 CHK | U.S. Health Works | PMCHK00000631 | $165.89 |
| 10307 2/15/2019 CHK | BROWN PACKAGING LLC | PMCHK00000632 | $235.97 |
| 10308 2/13/2019 CHK | WESTERN STATES ENVELOPE | PMCHK00000631 | $3,413.01 |
| 10308 2/15/2019 CHK | CELERITAS - DO NOT USE | PMCHK00000632 | $134.31 |
| 10309 2/13/2019 CHK | Yazoo Mills Inc | PMCHK00000631 | $286.91 |
| 10309 2/15/2019 CHK | COSMO FILMS INC | PMCHK00000632 | $134.60 |
| 10310 2/15/2019 CHK | DK SALES | PMCHK00000632 | $679.39 |
| 10311 2/15/2019 CHK | ENGINEERED DATA PRODUCTS HOL | PMCHK00000632 | $398.75 |
| 10312 2/15/2019 CHK | ESSA LOGISTICS, LLC | PMCHK00000632 | $204.30 |
| 10313 2/15/2019 CHK | FEDERAL EXPRESS CORP | PMCHK00000632 | $195.57 |
| 10314 2/15/2019 CHK | FLUID-AIRE DYNAMICS, INC | PMCHK00000632 | $174.94 |
| 10315 2/15/2019 CHK | GRAINGER | PMCHK00000632 | $99.76 |
| 10316 2/15/2019 CHK | GRAFIX PLUS INC | PMCHK00000632 | $190.06 |
| 10317 2/15/2019 CHK | INTERNATIONAL PAPER INC | PMCHK00000632 | $12,615.25 |
| 10318 2/15/2019 CHK | James Imaging Systems | PMCHK00000632 | $659.70 |
| 10319 2/15/2019 CHK | Jonspring Co., Inc | PMCHK00000632 | $100.00 |
| 10320 2/15/2019 CHK | KEMPSMITH MACHINE COMPANY | PMCHK00000632 | $100.00 |
| 10321 2/15/2019 CHK | MARK ANDY INC | PMCHK00000632 | $100.00 |
| 10322 2/15/2019 CHK | Meaden Precision Machine | PMCHK00000632 | $100.00 |
| 10323 2/15/2019 CHK | MILWAUKEE BELT TECH CO INC | PMCHK00000632 | $50.00 |
| 10324 2/15/2019 CHK | Pitney Bowes Purchase Power | PMCHK00000632 | $100.00 |
| 10325 2/15/2019 CHK | Pitney Bowes Global Financia | PMCHK00000632 | $100.00 |
| 10326 2/15/2019 CHK | PRINTRON | PMCHK00000632 | $782.92 |
| 10327 2/15/2019 CHK | Printware | PMCHK00000632 | $286.72 |

| | | | | | |
|---|---|---|---|---|---|
| | 10328 | 2/15/2019 CHK | PRODUCTION SUPPORT SERVICES | PMCHK00000632 | $261.00 |
| | 10329 | 2/15/2019 CHK | RELIABLE DOOR SYSTEMS INC. | PMCHK00000632 | $100.00 |
| | 10330 | 2/15/2019 CHK | Sandusky Packaging Corporati | PMCHK00000632 | $300.00 |
| | 10331 | 2/15/2019 CHK | SOFTWARE SOLUTIONS GROUP INC | PMCHK00000632 | $493.86 |
| | 10332 | 2/15/2019 CHK | SOUTHERN LABEL COMPANY | PMCHK00000632 | $1,032.00 |
| | 10333 | 2/15/2019 CHK | STAPLES BUSINESS ADVANTAGE | PMCHK00000632 | $419.84 |
| | 10334 | 2/15/2019 CHK | STANDARD EXPRESS | PMCHK00000632 | $175.00 |
| | 10335 | 2/15/2019 CHK | TRU-FIT STEEL RULE CUTTING D | PMCHK00000632 | $140.00 |
| | 10336 | 2/15/2019 CHK | U FILE M BINDER | PMCHK00000632 | $310.24 |
| | 10337 | 2/15/2019 CHK | ULINE | PMCHK00000632 | $100.00 |
| | 10338 | 2/15/2019 CHK | UNITED PARCEL SERVICE | PMCHK00000632 | $10,615.67 |
| | 10339 | 2/15/2019 CHK | U.S. Health Works | PMCHK00000632 | $150.00 |
| | 10340 | 2/15/2019 CHK | WE ENERGIES | PMCHK00000632 | $7,951.58 |
| | 10341 | 2/15/2019 CHK | YRC ( Yellow & Roadway ) | PMCHK00000632 | $1,388.17 |
| | 4833 | 2/13/2019 CHK | WE ENERGIES | PMPAY00000105 | $2,581.98 |
| DAJ000002100 | | 1/3/2019 DAJ | PR PD 1-4-19 WE 12-29-18 | CMTRX00002198 | $38,329.62 |
| DAJ000002114 | | 1/9/2019 DAJ | BANK SVC CHG JAN 2019 | CMTRX00002213 | $590.88 |
| DAJ000002117 | | 1/10/2019 DAJ | PR PD 1-11-19 WE 1-5-19 | CMTRX00002216 | $34,550.28 |
| DAJ000002118 | | 1/10/2019 DAJ | CC FEES JAN 2019 M&T | CMTRX00002217 | $103.67 |
| DAJ000002124 | | 1/11/2019 DAJ | RECLASS CI 0-11-19 #2 | CMTRX00002223 | $703.60 |
| DAJ000002127 | | 1/17/2019 DAJ | PR PD 1-18-19 WE 1-12-19 | CMTRX00002228 | $36,234.55 |
| DAJ000002137 | | 1/24/2019 DAJ | PR PD 1-25-19 WE 1-19-19 | CMTRX00002240 | $35,186.33 |
| DAJ000002149 | | 2/1/2019 DAJ | PR PD 2-1-19 WE 1-25-19 | CMTRX00002253 | $34,051.22 |
| DAJ000002150 | | 1/31/2019 DAJ | 2018-2021 WIS BUS TAX REG | CMTRX00002254 | $10.00 |
| IAJ000002123 | | 1/14/2019 IAJ | REC-1-14-19 #4 $720.00 SB C | CMTRX00002222 | $720.00 |
| IAJ000002126 | | 1/17/2019 IAJ | RECLASS KEY CD #12267 | CMTRX00002227 | $20,158.13 |
| IAJ000002131 | | 1/17/2019 IAJ | REC-1-17-19 #5 LOAN FROM CI | CMTRX00002232 | $4,000.00 |
| IAJ000002138 | | 1/25/2019 IAJ | REC-1-25-19 #3 BELONGS TO CI | CMTRX00002241 | $343.20 |
| IAJ000002139 | | 1/25/2019 IAJ | REC-1-25-19 #5 UPS CLAIM | CMTRX00002242 | $95.71 |
| IAJ000002140 | | 1/28/2019 IAJ | LB 1-28-19 BELONGS TO CI | CMTRX00002243 | $223.30 |
| IAJ000002151 | | 1/31/2019 IAJ | TRANS CI TO IFS - LOAN | CMTRX00002255 | $36,000.00 |
| WIRE 032619 | | 3/26/2019 CHK | MONTENEGRO PAPER | PMPAY00000106 | $14,428.76 |
| WIRE 1-10-19 | | 1/10/2019 CHK | MCLAUGHLIN PAPER COMPANY INC | PMPAY00000099 | $4,200.00 |
| WIRE 1-31-19 | | 1/31/2019 CHK | QUALITY EDGE CONVERTING LTD. | PMPAY00000101 | $4,130.49 |
| WIRE032619 | | 3/26/2019 CHK | GREEN BAY PACKAGING | PMPAY00000106 | $16,603.79 |

| | Date | Paid To/Rcvd From | Name | Payment | Amount |
|---|---|---|---|---|---|
| 12254 | 1/3/2019 | CHK | PERMCLIP PRODUCTS | PMCHK00000617 | $23,687.80 |
| 12255 | 1/4/2019 | CHK | UNITED PARCEL SERVICE | PMCHK00000618 | $8,751.73 |
| 12256 | 1/4/2019 | CHK | JALEMA, INC. | PMCHK00000618 | $6,227.64 |
| 12257 | 1/10/2019 | CHK | CI FILING SYSTEMS LLC | CMTRX00002211 | $16,000.00 |
| 12258 | 1/10/2019 | CHK | PERMCLIP PRODUCTS | PMCHK00000619 | $17,837.61 |
| 12259 | 1/10/2019 | CHK | BEARINGS INC. | PMCHK00000620 | $119.42 |
| 12260 | 1/10/2019 | CHK | Green Bay Packaging Inc. | PMCHK00000620 | $6,095.33 |
| 12261 | 1/10/2019 | CHK | JALEMA, INC. | PMCHK00000620 | $4,783.78 |
| 12262 | 1/10/2019 | CHK | KAREN J KUPKO-MANG | PMCHK00000620 | $6,746.25 |
| 12263 | 1/10/2019 | CHK | PRODUCTION SUPPORT SERVICES | PMCHK00000620 | $12,638.46 |
| 12264 | 1/10/2019 | CHK | Yazoo Mills Inc | PMCHK00000620 | $1,500.00 |
| 12265 | 1/10/2019 | CHK | TIME WARNER 4001 | PMCHK00000621 | $1,656.26 |
| 12266 | 1/10/2019 | CHK | WE ENERGIES | PMCHK00000621 | $1,293.16 |
| 12268 | 1/24/2019 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002239 | $50,000.00 |
| 12269 | 1/24/2019 | CHK | ADECCO EMPLOYMENT SERVICES | PMCHK00000624 | $2,005.40 |
| 12270 | 1/24/2019 | CHK | PRODUCTION SUPPORT SERVICES | PMCHK00000624 | $2,785.13 |
| 12271 | 1/24/2019 | CHK | UNITED PARCEL SERVICE | PMCHK00000624 | $8,730.09 |
| 12272 | 1/31/2019 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002245 | $22,000.00 |
| 12273 | 1/31/2019 | CHK | Mark Andy Print Products | PMCHK00000626 | $2,585.84 |
| 12274 | 1/31/2019 | CHK | PRODUCTION SUPPORT SERVICES | PMCHK00000626 | $16,878.16 |
| 12275 | 1/31/2019 | CHK | ULINE | PMCHK00000626 | $1,349.74 |
| 12276 | 1/31/2019 | CHK | UNITED PARCEL SERVICE | PMCHK00000626 | $18,569.19 |
| 12277 | 2/6/2019 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002257 | $22,000.00 |
| 12278 | 2/19/2019 | CHK | IFS Filing System, LLC | CMTRX00002258 | $50,000.00 |
| 12296 | 2/28/2019 | CHK | AARON MARKETING CO | PMCHK00000635 | $434.07 |
| 12297 | 2/28/2019 | CHK | MONTENEGRO PAPER | PMCHK00000634 | $20,001.93 |
| 12297 | 2/28/2019 | CHK | Braden Sutphin Ink Company | PMCHK00000635 | $959.95 |
| 12298 | 2/27/2019 | CHK | IFS Filing System, LLC | CMTRX00002259 | $25,000.00 |
| 12298 | 2/27/2019 | CHK | IFS Filing System, LLC | CMTRX00002260 | $25,000.00 |
| 12298 | 2/28/2019 | CHK | DK SALES | PMCHK00000635 | $6,114.50 |
| 12299 | 2/28/2019 | CHK | Granville Owners' Associatio | PMCHK00000635 | $250.00 |
| 12300 | 2/28/2019 | CHK | Printware | PMCHK00000635 | $1,146.88 |
| 12301 | 2/28/2019 | CHK | QUALITY EDGE CONVERTING LTD. | PMCHK00000635 | $3,026.01 |
| 12302 | 2/28/2019 | CHK | TIME WARNER CABLE 702 | PMCHK00000635 | $731.19 |
| 12303 | 2/28/2019 | CHK | UNITED PARCEL SERVICE | PMCHK00000635 | $9,808.94 |
| 12304 | 2/28/2019 | CHK | WASTE MANAGEMENT | PMCHK00000635 | $2,247.25 |
| 12305 | 2/28/2019 | CHK | YRC ( Yellow & Roadway ) | PMCHK00000635 | $1,404.01 |
| 12306 | 3/1/2019 | CHK | AARON MARKETING CO | PMCHK00000636 | $434.07 |
| 12307 | 3/1/2019 | CHK | Braden Sutphin Ink Company | PMCHK00000636 | $959.95 |
| 12308 | 3/1/2019 | CHK | DK SALES | PMCHK00000636 | $6,114.50 |
| 12309 | 3/1/2019 | CHK | Granville Owners' Associatio | PMCHK00000636 | $250.00 |
| 12310 | 3/1/2019 | CHK | Printware | PMCHK00000636 | $1,146.88 |
| 12311 | 3/1/2019 | CHK | QUALITY EDGE CONVERTING LTD. | PMCHK00000636 | $3,026.01 |
| 12312 | 3/1/2019 | CHK | TIME WARNER CABLE 702 | PMCHK00000636 | $731.19 |
| 12313 | 3/1/2019 | CHK | UNITED PARCEL SERVICE | PMCHK00000636 | $9,808.94 |
| 12314 | 3/1/2019 | CHK | WASTE MANAGEMENT | PMCHK00000636 | $2,247.25 |
| 12315 | 3/1/2019 | CHK | YRC ( Yellow & Roadway ) | PMCHK00000636 | $1,484.94 |
| 12316 | 3/1/2019 | CHK | INTERNATIONAL PAPER INC | PMCHK00000637 | $25,000.00 |
| 12317 | 3/1/2019 | CHK | BOB LARSEN | PMCHK00000637 | $511.34 |
| 12318 | 3/8/2019 | CHK | IFS Filing Systems, LLC | CMTRX00002261 | $30,000.00 |
| 12319 | 3/8/2019 | CHK | KAREN J KUPKO-MANG | PMCHK00000638 | $3,222.62 |
| 12321 | 3/19/2019 | CHK | IFS Filing Systems | CMTRX00002262 | $12,488.94 |
| 12322 | 3/20/2019 | CHK | IFS Filing Systems, LLC | CMTRX00002263 | $9,399.60 |
| 12323 | 3/20/2019 | CHK | IFS Filing Systems, LLC | CMTRX00002263 | $9,399.60 |
| 12324 | 3/21/2019 | CHK | 11225 Heather LLC | PMCHK00000639 | $40,677.99 |
| ACH 032919 | 3/29/2019 | CHK | SOUTHERN LABEL COMPANY | PMPAY00000106 | $3,306.75 |
| ACH 032919 | 3/29/2019 | CHK | JALEMA, INC | PMPAY00000106 | $7,623.07 |
| DAJ000002102 | 1/3/2019 | DAJ | GATEWAY FEE JAN 2019 | CMTRX00002200 | $10.00 |

| DAJ000002115 | 1/9/2019 DAJ | KEY BANK SVC CHG JAN 2019 | CMTRX00002214 | $1,330.81 |
| DAJ000002119 | 1/10/2019 DAJ | KEY CC FEE JAN 2018 | CMTRX00002218 | $1,005.31 |

# SoFA #4 (1-year)

KeyBank Account ending 7151

| | Date | Paid To/Rcvd From | Name | Payment | Amount |
|---|---|---|---|---|---|
| 2 | 8/9/2018 | CHK | IFS FILING SYSTEMS LLC | CMTRX00001953 | $40,000.00 |
| 3 | 8/9/2018 | CHK | IFS FILING SYSTEMS LLC | CMTRX00001955 | $40,000.00 |
| 4 | 9/6/2018 | CHK | IFS FILING SYSTEMS | CMTRX00002006 | $41,000.00 |
| 7 | 10/11/2018 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002068 | $18,000.00 |
| 9 | 10/25/2018 | CHK | IFS FILING SYSTEMS, LLC | CMTRX00002087 | $11,500.00 |
| 10 | 11/1/2018 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002108 | $9,000.00 |
| 12037 | 6/14/2018 | CHK | IFS FILING SYSTEMS LLC | CMTRX00001880 | $75,000.00 |
| 12038 | 7/5/2018 | CHK | IFS FILING SYSTEM LLC | CMTRX00001913 | $12,000.00 |
| 12039 | 7/5/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000557 | $25,000.00 |
| 12065 | 7/12/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000559 | $25,000.00 |
| 12067 | 7/19/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000561 | $7,000.00 |
| 12103 | 8/23/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000575 | |
| 12105 | 8/30/2018 | CHK | PERMCLIP PRODUCTS | PMPAY00000090 | $13,000.00 |
| 12107 | 9/6/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000577 | $14,768.00 |
| 12108 | 9/12/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000578 | $15,000.00 |
| 12114 | 9/18/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000580 | $27,260.20 |
| 12127 | 9/27/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000583 | $11,000.00 |
| 12128 | 10/4/2018 | CHK | CI FILING SYSTEMS LLC | CMTRX00002052 | $6,138.86 |
| 12129 | 10/4/2018 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002052 | $15,000.00 |
| 12133 | 10/4/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000584 | $25,000.00 |
| 12140 | 10/11/2018 | CHK | IFS FILING SYSTEMS INC | CMTRX00002066 | $18,000.00 |
| 12141 | 10/11/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000588 | $28,000.00 |
| 12143 | 10/11/2018 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002070 | $14,000.00 |
| 12144 | 10/18/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000591 | $25,000.00 |
| 12159 | 10/25/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000594 | $13,968.00 |
| 12170 | 11/1/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000597 | $9,853.00 |
| 12171 | 11/1/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000597 | $15,147.00 |
| 12185 | 11/8/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000601 | $9,400.00 |
| 12193 | 11/15/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000604 | $21,025.78 |
| 12194 | 11/16/2018 | CHK | CI FILING SYSTEMS LLC | CMTRX00002135 | $11,000.00 |
| 12202 | 11/21/2018 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002140 | $2,000.00 |
| 12203 | 11/21/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000606 | $21,150.94 |
| 12226 | 11/29/2018 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002148 | $17,000.00 |
| 12227 | 11/29/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000608 | $6,000.00 |
| 12230 | 12/5/2018 | CHK | IFS FILING SYSTEMS, LLC | CMTRX00002154 | $10,000.00 |
| 12232 | 12/5/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000610 | $22,000.00 |
| 12233 | 12/14/2018 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002174 | $7,000.00 |
| 12242 | 12/20/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000613 | $15,000.00 |
| 12251 | 12/27/2018 | CHK | PERMCLIP PRODUCTS | PMCHK00000615 | $10,000.00 |
| 12252 | 12/27/2018 | CHK | CI FILING SYSTEMS LLC | CMTRX00002189 | $10,000.00 |
| 12254 | 1/3/2019 | CHK | PERMCLIP PRODUCTS | PMCHK00000617 | $23,687.80 |
| 12257 | 1/10/2019 | CHK | CI FILING SYSTEMS LLC | CMTRX00002211 | $16,000.00 |
| 12258 | 1/10/2019 | CHK | PERMCLIP PRODUCTS | PMCHK00000619 | $17,837.61 |
| 12268 | 1/24/2019 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002239 | $50,000.00 |
| 12272 | 1/31/2019 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002245 | $22,000.00 |
| 12277 | 2/6/2019 | CHK | IFS FILING SYSTEMS LLC | CMTRX00002257 | $22,000.00 |
| 12278 | 2/19/2019 | CHK | IFS Filing System, LLC | CMTRX00002258 | $50,000.00 |
| 12298 | 2/27/2019 | CHK | IFS Filing System, LLC | CMTRX00002259 | $25,000.00 |
| 12298 | 2/27/2019 | CHK | IFS Filing System, LLC | CMTRX00002260 | $25,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12318 | 3/8/2019 | CHK | IFS Filing Systems, LLC | CMTRX00002261 | $30,000.00 |
| 12321 | 3/19/2019 | CHK | IFS Filing Systems | CMTRX00002262 | $12,488.94 |
| 12322 | 3/20/2019 | CHK | IFS Filing Systems, LLC | CMTRX00002263 | $9,399.60 |
| 12323 | 3/20/2019 | CHK | IFS Filing Systems, LLC | CMTRX00002263 | $9,399.60 |

M&T Bank Account ending 7523

| | Date | Paid To/Rcvd From | Name | Payment | Amount |
|---|---|---|---|---|---|
| 9810 | 1/10/2018 | CHK | CI FILING SYSTEMS, LLC | PMCHK00000533 | $41,947.00 |
| 9967 | 3/11/2018 | CHK | CI FILING SYSTEMS, LLC | PMCHK00000542 | $3,721.14 |
| 9988 | 3/14/2018 | CHK | CI FILING SYSTEMS, LLC | PMCHK00000543 | $7,941.00 |
| 10096 | 4/13/2018 | CHK | CI FILING SYSTEMS LLC | CMTRX00001774 | $11,261.23 |
| DAJ000001 | 1/31/2018 | DAJ | CI & IFS PR PMT PD 1-5-18 | CMTRX00001742 | $109,251.13 |
| DAJ000001 | 1/31/2018 | DAJ | IFS - PR PD 1-19-18 | CMTRX00001745 | $61,923.36 |
| DAJ000001 | 1/31/2018 | DAJ | IFS - PR PD 1-26-18 | CMTRX00001747 | $57,204.19 |
| DAJ000001 | 2/28/2018 | DAJ | IFS - PR PD 2-2-18 | CMTRX00001750 | $57,813.56 |
| DAJ000001 | 2/28/2018 | DAJ | IFS - PR PD 2-9-18 | CMTRX00001753 | $57,559.35 |
| DAJ000001 | 2/28/2018 | DAJ | IFS - PR PD 2-16-18 | CMTRX00001754 | $62,489.46 |
| DAJ000001 | 2/28/2018 | DAJ | IFS - PR PD 2-23-18 | CMTRX00001756 | $59,111.37 |
| DAJ000001 | 3/31/2018 | DAJ | IFS - PR PD 3-2-18 | CMTRX00001757 | $64,176.81 |
| DAJ000001 | 3/31/2018 | DAJ | IFS - PR PD 3-9-18 | CMTRX00001760 | $62,023.11 |
| DAJ000001 | 3/31/2018 | DAJ | IFS - PR PD 3-16-18 | CMTRX00001761 | $65,663.85 |
| DAJ000001 | 3/31/2018 | DAJ | IFS - PR PD 3-23-18 | CMTRX00001762 | $59,111.23 |
| DAJ000001 | 3/31/2018 | DAJ | IFS - PR PD 3-30-18 | CMTRX00001763 | $53,620.59 |
| DAJ000001 | 4/6/2018 | DAJ | IFS - PR PD 4-6-18 | CMTRX00001764 | $54,146.15 |
| DAJ000001 | 3/15/2018 | DAJ | IFS WIRE FOR CI 3-15-18 | CMTRX00001770 | $1,406.88 |
| DAJ000001 | 3/23/2018 | DAJ | IFS WIRE FOR CI 3-23-18 | CMTRX00001771 | $4,035.95 |
| DAJ000001 | 4/13/2018 | DAJ | IFS PR PD 4-13-18 | CMTRX00001773 | $55,810.94 |
| DAJ000001 | 4/24/2018 | DAJ | IFS PD QUALITY EDGE FOR CI | CMTRX00001782 | $3,179.83 |
| DAJ000001 | 5/23/2018 | DAJ | IFS WIRE TO QUA ED FOR CI | CMTRX00001852 | $1,498.53 |
| DAJ000001 | 6/29/2018 | DAJ | RECL 6-29-18 BELONGS TO IFS | CMTRX00001903 | $353.75 |
| DAJ000001 | 5/14/2018 | DAJ | CI CC SALES 5-14-18 2 NOT IF | CMTRX00001929 | $985.48 |
| DAJ000001 | 5/8/2018 | DAJ | RECLASS LB 5-8-18 BELONGS CI | CMTRX00001940 | $164.40 |
| DAJ000001 | 8/3/2018 | DAJ | RECLASS LB 8-3-18 SB IFS | CMTRX00002035 | $1,333.12 |
| IAJ0000016 | 1/29/2018 | IAJ | REC-1-29-18 #4 CI AMAZON | CMTRX00001676 | $6,634.05 |
| IAJ0000016 | 3/6/2018 | IAJ | LB 3-6-18 BELONGS TO CI | CMTRX00001717 | $544.40 |
| IAJ0000016 | 3/20/2018 | IAJ | LB 3-20-18 BELONGS TO CI | CMTRX00001722 | $572.00 |
| IAJ0000016 | 3/26/2018 | IAJ | LB 3-26-18 BELONGS TO CI | CMTRX00001724 | $403.51 |
| IAJ0000016 | 3/30/2018 | IAJ | LB 3-30-18 BELONGS TO CI | CMTRX00001736 | $251.79 |
| IAJ0000016 | 4/2/2018 | IAJ | LB 4-2-18 BELONGS TO CI | CMTRX00001737 | $204.00 |
| IAJ0000016 | 4/3/2018 | IAJ | LB 4-3-18 BELONGS TO CI | CMTRX00001738 | $92.80 |
| IAJ0000017 | 1/31/2018 | IAJ | TRANSFER CI TO IFS FOR PR | CMTRX00001741 | $55,436.46 |
| IAJ0000017 | 4/6/2018 | IAJ | LB 4-6-18 BELONGS TO CI | CMTRX00001767 | $347.76 |
| IAJ0000017 | 2/21/2018 | IAJ | CC PMT BELONGS TO CI | CMTRX00001772 | $620.00 |
| IAJ0000017 | 4/19/2018 | IAJ | LB 4-19-18 BELONGS TO CI | CMTRX00001776 | $540.75 |
| IAJ0000017 | 5/1/2018 | IAJ | LB 5-1-18 BELONGS TO CI | CMTRX00001779 | $214.50 |
| IAJ0000017 | 5/7/2018 | IAJ | REC-5-7-18 #4 BELONGS TO CI | CMTRX00001790 | $23,548.78 |
| IAJ0000017 | 5/7/2018 | IAJ | LB 5-7-18 #4 BELONGS TO CI | CMTRX00001792 | $4,889.42 |
| IAJ0000017 | 5/10/2018 | IAJ | REC-5-10-18 #1 CI REIMBURSE | CMTRX00001832 | $1,787.59 |
| IAJ0000017 | 5/14/2018 | IAJ | LB 5-14-18 BELONGS TO CI | CMTRX00001833 | $2,512.65 |
| IAJ0000018 | 5/18/2018 | IAJ | LB 5-18-18 BELONGS TO CI | CMTRX00001849 | $94.71 |
| IAJ0000018 | 5/30/2018 | IAJ | LB 5-30-18  BELONGS TO CI | CMTRX00001860 | $177.00 |
| IAJ0000018 | 8/3/2018 | IAJ | LB 8-3-18 BELONGS TO IFS | CMTRX00001944 | $1,333.12 |
| IAJ0000019 | 7/31/2018 | IAJ | RECLASS PMT WENT IN CI | CMTRX00001967 | $222.48 |
| IAJ0000020 | 10/5/2018 | IAJ | TRANS CI TO IFS - CI OWES | CMTRX00002057 | $2,400.00 |
| IAJ0000020 | 11/8/2018 | IAJ | LOAN FROM CI 11-8-18 | CMTRX00002120 | $18,000.00 |
| IAJ0000020 | 11/2/2018 | IAJ | LOAN FROM CI M&T ACCT TO IFS | CMTRX00002169 | $16,000.00 |
| IAJ0000020 | 12/14/2018 | IAJ | LOAN FROM CI TO IFS 12-14-18 | CMTRX00002177 | $16,000.00 |
| WDL00000 | 3/9/2018 | WDL | IFS WIRE FOR CI 3-9-18 | CMTRX00001769 | $4,308.57 |
| IAJ0000021 | 1/25/2019 | IAJ | REC-1-25-19 #3 BELONGS TO CI | CMTRX00002241 | $343.20 |

| IAJ0000021 | 1/28/2019 | IAJ | LB 1-28-19 BELONGS TO CI | CMTRX00002243 | $223.30 |
| IAJ0000021 | 1/31/2019 | IAJ | TRANS CI TO IFS - LOAN | CMTRX00002255 | $36,000.00 |